# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Core,<br><br>        Plaintiff,<br><br>vs.<br><br>The Schechter Family Limited Partnership; a California Limited Partnership; and Does 1-10,<br><br>        Defendants. | Case No.: 2:20-cv-01859-AB-MRW<br><br>*Hon. Andre Birotte, Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: February 26, 2020<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Brenda Core's ("Plaintiff") action against The Schechter Family Limited Partnership ("Defendant") is dismissed with prejudice.

Dated: June 24, 2020

_____
Hon. Andre Birotte, Jr.
United States District Judge
Central District of California

---

1

[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE